IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01150-WYD-KLM

RANDY SCHNEIDERMAN,

     Plaintiff,

v.

TRAVELERS; THE TRAVELERS COMPANIES, INC., a/k/a THE STANDARD FIRE
INSURANCE COMPANY,

     Defendant.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

THIS MATTER comes before the Court by stipulation. The Court having

reviewed the stipulation, it is hereby

ORDERED that the Joint Stipulated Motion to Dismiss Travelers and the

Travelers Companies, Inc., Without Prejudice, and to Amend the Caption [doc. #8], filed

May 26, 2009, is **GRANTED**.  In accordance therewith, it is

ORDERED that Defendants Travelers and the Travelers Companies, Inc., are

**DISMISSED WITHOUT PREJUDICE**.  It is

FURTHER ORDERED that the caption is amended as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01150-WYD-KLM

RANDY SCHNEIDERMAN,

     Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY,

     Defendant.

     Dated:  May 27, 2009

                      BY THE COURT:


                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Chief United States District Judge