IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-01150-WYD-KLM

RANDY SCHNEIDERMAN,

     Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY,

     Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court by stipulation. The Court having

reviewed the stipulation, it is hereby

ORDERED that the Stipulated Motion to Dismiss, with Prejudice [doc. #20], filed

July 28, 2009, is **GRANTED** and this case is **DISMISSED WITH PREJUDICE.**

Dated:  July 28, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF UNITED STATES DISTRICT JUDGE